No. 155, Misc. LOWE *v.* OVERLADE, WARDEN. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman* for respondent.

No. 201, Misc. REEVES *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 211, Misc. SPENCER *v.* STEELE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 230, Misc. GRIZZANTI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William Charles Brown* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 231, Misc. LaNOVARA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William Charles Brown* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 268, Misc. HOWARD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 290, Misc. ANTHONY *v.* KAUFMAN, U. S. DISTRICT JUDGE, ET AL. C. A. 2d Cir. Certiorari denied. *Louis B. Davidson* and *David Haar* for petitioner. *Roy W. McDonald* for Kaufman, respondent.